**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMES HOWARD MOCK,

        Plaintiff,

v.           Case No. 6:17-cv-46-Orl-37TBS

UNITEDHEALTHCARE INSURANCE COMPANY,

        Defendant.

## ORDER

This cause is before the Court its own motion.

On January 25, 2017, the Court ordered Defendant to show cause why this case should not be remanded to state court for lack of subject matter jurisdiction, as Defendant did not adequately allege Plaintiff's citizenship. (Doc. 9.) In response, Defendant submitted evidence that fell short of establishing that Plaintiff was a domiciliary, and thus a citizen, of North Carolina. (*See* Doc. 16.) On February 1, 2017, the Court permitted Defendant an additional opportunity to adequately allege Plaintiff's citizenship and identified specific examples of sufficient evidentiary support. (Doc. 17.) Defendant has now sufficiently demonstrated that Plaintiff is a citizen of North Carolina. (*See* Doc. 17-1; *see also* Doc. 17-2.) The Court is, therefore, satisfied that complete diversity exists, *see* 28 U.S.C. 1332(a); *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 89 (2005), and concludes that it has subject matter jurisdiction over this action.

Accordingly, it is hereby **ORDERED and ADJUDGED** that the Court's January 25 and February 1 Orders to Show Cause (Docs. 9, 17) are **DISCHARGED.**

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 16, 2017.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record